AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
BLAS SANTILLAN

)
)
)
)
)
)
)

Case: 1:21-mj-00559
Assigned to: Judge Harvey, G. Michael
Assign Date: 8/10/2021
Description: COMPLAINT W/ ARREST WARRANT

_____
Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)                              BLAS SANTILLAN                              ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☒ Complaint

❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Digitally signed by G.
Michael Harvey
Date: 2021.08.10
10:47:31 -04'00'

Date:     08/10/2021

_____
Issuing officer's signature

City and state:        Washington, D.C.                    G. Michael Harvey, U.S. Magistrate Judge
                                                                              Printed name and title

| Return |
|---|
| This warrant was received on (date) 8/10/21 , and the person was arrested on (date) 8/23/21 at (city and state) Clayton, GA . |
| Date: 8/23/21 |

_____
Arresting officer's signature

JOSEPH V. THOMPSON, Special Agent
Printed name and title